UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aaron Scott King,             Case No. 24-CV-02431 (JMB/DJF)

        Plaintiff,

v.                                                ORDER

Hennepin County Jail, *all Medical CO's County Jail Staff*; Ben, *Nurse in Hennepin*; Officer Ogastien; and SGT who Denied my agreviece,

        Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Dulce J. Foster dated July 16, 2024. (Doc. No. 4.) In the R&R, the Magistrate Judge considered whether to grant King's motion to proceed *in forma pauperis*. (*See id.*; Doc. No. 3.) The Magistrate Judge concluded that, because King's Complaint (Doc. No. 1) fails to state a viable claim for relief, this action should be dismissed and his IFP application should be denied accordingly under 28 U.S.C. § 1915A(b). King did not object to the R&R. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.     The R&R (Doc. No. 4) is ADOPTED.

    2.     King's application to proceed *in forma pauperis* (Doc. No. 3) is DENIED.

3. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 24, 2024  /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court